Form 666 C

FOREIGN CLAIMS SETTLEMENT COMMISSION

CLAIM OF LOSS

THE FRANCISCO SUGAR COMPANY
120 Wall Street
New York, New York

The undersigned, Luis Parajon, is aware that this
statement is to be submitted to the Foreign Claims Settlement
Commission of the United States in connection with the claim
of The Francisco Sugar Company, and that any willfully false
statement herein may subject the undersigned to the criminal
penalties provided by law in such cases.

April 25, 1967

Francisco Form 666 C

Report on the properties of:

Francisco Sugar Company

Inversiones Agrícolas Santa Isabel S.A.

Manuel A. Lage y Cia S. en C.

Cia. Marítima Guayabal S.A.

with a foreword indicating:

Qualifications of Mr. Luis Parajón.

Method used in the appraisal.

The main report with:

Descriptions and valuations,

Centrals Francisco and Elia.

And an appendix containing:

A chart of construction costs in Cuba.

Letters in support of qualifications.

I have been retained to prepare an independent
objective appraisal report on the value of cer-
tain equipment and property owned by the Fran-
cisco Sugar Company, and or its subsidiaries,
Cia. Marítima Guayabal, S.A., Inversiones Agrí-
colas Santa Isabel, S.A., Manuel A, Lage y Cia.
S. en C.

I am qualified to conduct such an appraisal, and
herewith respectfully submit my personal back-
ground and qualifications.

Since 1950 to 1960, I was a partner in the firm of Pa-
rajón e Hijo, of Havana, Cuba. This firm engaged in engin-
eering and appraisal work, was the direct successor of A-
guiar y Hno., the name having changed to that of Parajón
e Hijo in 1950 when I entered the firm.

Aguiar y Hno. was founded in 1910 by Antonio G. de Aguiar
and Octavio G. de Aguiar also to engage in engineering and
appraisal work. In 1925, my father S.M. Parajón entered the
firm, a nephew of both founders, upon his graduation from
the University of Havana as Engineer and Architect. He was
a partner until 1944 when, the last of the Aguiars having
died, he became the sole proprietor. In 1950 I entered the
firm after graduating from the University of Havana as Civil

Engineer and a year of graduate work at the Mass. Institute of Technology. At this time the name was changed and I became a partner.

Over the years, the main activity of the firm was the conduct of appraisals and adjusting work for insurance companies relating to property losses caused by fires, cyclones and other similar risks. In 1959 we were conducting approximately 75% to 80% of the appraisal work in property losses in Cuba for domestic or foreign companies.

In addition of this appraisal activity, we also inspected buildings or other structures in course of construction for mortgage lenders, like Banks, Life Insurance Companies, and other institutions. Also, valuations were conducted of industrial concerns, mainly sugar estates for insurance purposes or otherwise. Being the main industry in Cuba, the largest proportion of the valuations were in the sugar industry, and therefore we have had considerable experience in the valuation of sugar plants and properties.

Some of the sugar plants and properties appraised by our office over the years were:

Centrals Gómez Mena, Mercedita, Santa Teresa, Algodonal, Resolución, Santa Lutgarda, Natividad, San José, Soledad ( Cienfuegos ) , Perseverancia, Washington and Ermita. Miranda, Palma, Alto Cedro and Santa Ana of the West Indies Sugar Co. Agramonte, Estrella and Vertien-

-3-

tes of the Vertientes-Camagüey Sugar Co.

Boston and Preston of the United Fruit Sugar Co. and Baraguá, Florida, Macareño of the former Punta Alegre Sugar Corp. Finally Chaparra, Delicias and Mercedita of the former Cuban American Sugar Company.

In the Dominican Republic we appraised Boca Chica, Barahona Consuelo, Quisqueya and Las Pajas; in Haiti Centrales Hasco and Dessalines.

We appraised the properties of the Cuba Distilling Company and the Old Time Molasses, which consisted mainly of molasses pipes and tanks; also the Arechabala Refinery for sugar, the largest in the Island. We visited every sugar Mill in Cuba to evaluate the possibility of changing the warehousing system to ship sugar in bulk. We designed new warehouses, ports, piers and even ships specially adapted to this technique in the early fifties. To this effect we visited not only all the Mills in Cuba, but every major installation in the world handling bulk sugar, as those in Hawaii, Trinidad, Puerto Rico and Jamaica.

To many sugar companies we served as consultants in their building needs, and carried on an active engineering and construction business. We followed closely construction costs in Cuba keeping the only statistical chart that to my knowledge was maintained in that country from 1913 to 1959, a copy of which is attached.

These activities were carried on by the firm and directed by one or the other of the partners, but from the middle fifties I was the managing partner of the firm. In addition I personally took over the inspection of properties for mortgage purposes, the appraisal of sugar properties in general, the design of engineering structures, the appraisal of some of the losses for the Insurance Companies, and the financial end of the operations.

Of the thirty four mills listed above and appraised by our firm at one time or another, I personally inspected fourteen, Santa Lutgarda, Natividad, Perseverancia, Miranda, Palma, Alto Cedro, Santa Ana and Washington, Barahona, Consuelo, Quisqueya, Las Pajas, Hasco, and Dessalines. The other twenty were inspected by three or four different members of our staff under the general direction of my father. In addition I appraised Mercedita, Chaparra and Delicias Mills.

I also directed the entire project described above to study the feasibility of changing the warehousing system to handle sugar in bulk at all the mills, and all ports in Cuba.

The work included the study of the shipping system also, not only for the marine end but also for the transportation from the Mills to the ports, for which a special system of containers was designed.

Francisco Form 666 C

Under my direction all the mills were inspected by one or more members of our staff, and then after adequate drawings were prepared in the field and the office, a special system designed for every one of them. It was part of my duties to design a special bulk carrier ship, which was designed in a preliminary way under my instructions at the Mass. Institute of Technology.

I also co-directed with another firm the inspection of all the sugars in Cuba at another time in ord r to certify the amount of sugar bags then in existence, which again carried the combined staffs of both firms under my direction to every sugar mill and port in Cuba. This undoubtedly, if not in a strictly personal way, certainly involved me personally in a very intimate way with all the sugar mills again.

Appraisals of losses for Insurance Companies, under my supervision were those of commercial risks, group losses of catastrophe proportions, in which several blocks in one town were destroyed, and losses at sugar mills and other industries. I also supervised all the other losses and every report that was sent to an Insurance Company during those years went over my signature. Included were marine inspections of both cargo and hulls, in a new department that I inaugurated in the middle fifties with very good results and ever expanding business.

In engineering I had under my direct supervision the design of all the structures which during my time, were either built or studied by our office, and I worked with some American firms, like Frederick Snare Corp. of New York, Raymond International,

John Graham and Co. of New York and Seattle, with whom I work-
ed in the design of several buildings for Aminlife Ins. Co.
in Port au Prince, Santo Domingo and of course Havana.

There were many other projects, special and interesting,
and other activities and duties carried on by me during those
years, but I should think the above gives an idea of my capa-
bilities.

April 1967

Luis Parajón

Francisco Form 666 C

Report on the value of Centrals Francisco and
Elia, in the Province of Camagüey, Cuba, and
the lands, cultivations, and railroad owned
by the Francisco Sugar Company or its subsid-
iaries, Inversiones Agrícolas Santa Isabel S.A.
or Manuel A. Lage y Cia. S. en C. and the Port
of Guayabal situated in the South Coast of Cu-
ba, in the Province of Camagüey, owned by Cia.
Marítima Guayabal S.A.

This appraisal has been prepared from the available in-
formation, which is in the files of the Company in New York
and includes not only balance sheets, but also physical in-
ventories, budgets, expenditures over the years in the dif-
ferent departments of the mills, all of which have been care-
fully examined. It has been supplemented by a wealth of other
information on prices, values, maps, depreciation and person-
al experience, but certainly can not be as accurate if this
valuation had been made after a careful inspection of the
properties.

I feel that the values contained herein reflect the actual
values of Centrals Francisco and Elia, and in this connection
it should be emphasized that valuations are far more accurate
than descriptions, because they are derived from the personal
knowledge of this and similar properties. Also the fact that

Francisco Form 666 C

depreciate  values are utilized throughout, lessens the pos-
sibility of error. Values do not depend so much on the manufac-
turer of a specific piece of machinery.

Values are always debatable. Even replacement costs may
vary several percentage points, depending on the manufacturer
or seller of the equipment, and the particular time of the pur-
chase.

I expect the margin of error in this valuation to be less
than 10% as an average in the individual items shown. In ev-
ery case an effort has been made to remain very conservative,
and the overall valuation will be a low one because despite
all the research there inevitably will be many items and pro-
perties not remembered and therefore not included.

All values shown are actual values. They have been arriv-
ed at by first determining the replacement cost of the proper-
ty involved, and then applying a factor of depreciation. The
replacement value has been determined from that of a similar
piece of property, which would be used in 1959 if replacement
were contemplated. The reason for the 1959 date is that it is
the year when values were not yet distorted in Cuba.

Several problems arise immediately from the above state-
ment as for example the meaning of the word similar. There
is practically no similar piece of machinery identical to
those used thirty or more years ago. New units to perform the

same function are far more efficient, smaller, requiring less maintenance. They are probably of higher speed. The old piece may have been entirely discontinued as the whole design or even concept may have radically changed. This would normally call for a lower value for these parts, but not always, as is the case of narrow gauge railroads, where the replacement of a rail is very expensive due to the scarcity of these rails.

Another problem arises in attaching a value to smaller pieces that are very numerous, like the electric motors, or pumps, regulators, valves etc. It is usually not the same price if $ 200,000 worth of motors are bought at one time, than if a single $ 50.00 motor is purchased.

Depreciation is even more debatable. It is a more complex subject, and obsolescence is not the only factor that enters into it. Excepting very few things, as a railroad embankment which actually improves with age, all others lose value during the course of their lives. Physical deterioration gradually destroys the life of an object or make the business of preserving it so expensive as to render the whole maintenance problem uneconomical.

Expenditures on repairs do not completely off set depreciation. Expenditures may maintain the operating usefulness of an object, and in some cases may even prolong its life, but only when they are very substantial in relation to its replacement value.

No comparison has been attempted with resale values, and none should be attempted. This value depends on supply and demand which makes it very inaccurate for valuation purposes. Return on invested capital has only been used in the appraisal of the land and cultivations, as this is the only possible scientific way of establishing value. The method is fully explained elsewhere in this report. Installation and construction costs have been estimated as of October 1959.

Buildings have been valued on the basis of square foot area of construction, and a unit price per square foot has been established in each case. Depreciation has been then applied usually at a rate of between 10% and 40%. The exception has been the case with the field properties where some have had to be estimated.

Some of the mill machinery has been appraised in groups as there was not enough information to permit individual machinery appraisal. Depreciation averages 35%.

This appraisal does not include inventories of materials and supplies, nor small tools, sugars or molasses, and in general nothing not expressly included, because they are items my information and or knowledge does not enable me to value with certainty.

It has been made from sources I believe accurate, but no responsibility is accepted for them nor representation is made

as to ownership or anything else except values, which I be-
lieve are fair and reasonable.

Summary of abbreviations used in this report:

Caballería (cab) is 33.1 acres

Kilometer (KM) is 1,000 meters
                    3,280 feet.
                    0.62 miles.

Meter is equivalent to 3.28 feet.

Square meter is equivalent to
10.68 square feet.

Arroba (@) is equal to 25 pounds.

Centrals Francisco and Elia were actually one single sugar estate with two sugar mills on it.

Situated in the Province of Camagüey, between the Main Highway and the south coast, about 40 Km. from its own deep water port. Elia is only 12 Km. away from Guáimaro, a town on the Main Highway 650 Km. east of Havana. There was a n airport at the Francisco Batey, with one strip one mile long whure the Cubana Airlines DC 3 used to land.

Francisco had a grinding capacity of 575,000 arrobas of cane per 24 hours, and Elia 530,000 which made them very similar in grinding capacity. Both produced sugars with high polarization, over 97.

During the 1959 crop, Elia produced 488,462 bags, and Francisco 655,325 bags. This year Francisco ranked 16 among the 161 Mills, and Elia 23, in terms of sugar production.

Central Francisco was built in 1902, and Elia was probably older, but Elia was practically rebuilt in most of its essentials in the 1940's.

Being operatde by the same Company, they were both very well and similarly maintained.

FRANCISCO SUGAR COMPANY

INVERSIONES AGRICOLAS SANTA ISABEL S.A.

MANUEL A. LAGE S. en C.

CIA. MARITIMA GUAYABAL S.A.


Summary of values:

| | |
|---|---|
| Lands and cultivations: | $ 19,110,000.00 |
| Railroad system: | 9,600,000.00 |
| Port at Guayabal: | 3,746,000.00 |
| Francisco and Elia Mills: | 13,900,000.00 |
| Distillery, yeast plant and other properties: | 1,300,000.00 |
| Fiels properties and agricultural machinery: | 2,300,000.00 |
| T O T A L : | $ 49,956,000.00 |

Lands and cultivations:

The lands owned by the Francisco Sugar Company, and or, its wholly owned subsidiaries, Inversiones Agrícolas Santa Isabel S.A., Manuel A. Lage S. en C. and Cia. Marítima Guayabal S.A. together with the cane, forests, and other cultivations planted thereon, may be described as follows:

Total area:                                    3,025.835 caballerías
    Cane lands                           1,275.230 cabs.
    Pasture lands                        1,316.034 cabs.
    Reforestation                            13.500 cabs.
    Forests                                 306.650 cabs.
    Reserve lands                            50.000 cabs.
    Industry:
        Port                  0.2500 cabs.
        RR and roads         33.4710 cabs.
        Elia batey            7.2300 cabs.
        Francisco batey      20.5654 cabs.
        Rep. Rionda           1.1400 cabs.
        Primadera             1.7060 cabs.
        Sevilla Distill.      0.0536 cabs.
        Total for Industry:          64.421 cabs.
        T O T A L :              3,025.835 cabs.

Valuation:

The cane lands were of excellent quality as shown by the agricultural yield obtainable from them of 60,000 arrobas of cane per caballería.

To determine the value of these lands use has been made of the rent produced by them as determined by the Cuban Sugar co-ordination Law, which stipulated that the rent to be paid to the land owner was 5% of the value of the sugar harvested from the caballería.

Therefore as the price of sugar in 1959, according to the Cuban Ministry of Agriculture was 3.891 cents, or $ 0.973 per arroba, and as the combined industrial yield for the 1959 crop ( abnormally low ) was 11.80% for Francisco and Elia, then the value of the sugar produced is calculated as follows:
60,000 arrobas of cane produced per caballería x 11.80% x $ 0.973 per arroba are $ 6,888.00 per caballería.

The rent to be paid by law by the farmer was 5% of the above amount, and 5% of $ 6,888.00 is $ 344.40.

This rent capitalized at a rate of 6% would give a value per caballería of $ 5,750.00 and is the value that will be used for the lands planted with cane and harvested in the 1959 crop.

The fields not harvested in this crop although as good as

those harvested, are not being valued at the same amount, solely
in order to be consistent with the above reasoning, in as much
as they did not produce any rent that year, and a value of 60%
of the harvested fields is used. The figure therefore will be
$ 3,450.00 per caballería.

Pasture lands:

These lands had been improved with good pastures,
and were always well maintained. Their value will also be deter-
mined as above by means of the rent they were producing.

In the late fifties, the prevailing rent for pas-
ture land was at least $ 1.25 per animal per month, and assum-
ing the normal population of 25 animals per caballería, the rent
would then be $ 375,00 per year, and per caballería. Again using
a capitalization rate of 6% this means a value of $ 6,250.00 per
caballería.

Reforestation:

These were the product of a program instituted
in 1949, and where about 270,000 trees were growing of these
varieties, among others: eucaliptus, caoba, ocuje, majagua,
majagüilla, sabicú, bacona, cedro, roble, ácana, caoba de Hon-
duras, bijaragua, guana y fustete. Valued at $ 350,000.00

Forests:

Natural forests, of native woods. Valued at $ 750,000.00

Reserva lands:

For different reasons, not in use at the time. Valued at $ 1,000.00 per cab.

Valuation of cane stools:

The only cane the Company owned was through its wholly owned subsidiaries, Inversiones Agrícolas Santa Isabel S.A., and Manuel A. Lage S. en C.

During the 1959 crop these two subsidiaries operated the cane fields and at the end the situation was as follows:

|  | Harvested | Not harvested |
|---|---|---|
| Sta. Isabel: | 14,800,000 @ | 3,200,000 @ |
| Lage: | 8,700,000 @ | 2,000,000 @ |
| T O T A L S : | 23,500,000 @ | 5,200,000 @ |

To value the cane stools, use has been made of the profit allowed by the Cuban Government to the farmer in order to pay taxes.

The average of this profit for the years 1956 to 1959 was 96.66 cents for 100 arrobas of cut cane. This figure capitalized at 10%, on the assumption that agriculture is a business which carries far more risk than ownership of land, gives a value of $ 9.66 for 100 arrobas, of cut cane. Including the value of the molasses, to which the farmer was also entitled, and rounding the figure, the value becomes $ 10.00, and it shall be used for all the harvested cane. For the unharvested, which produced no profit that

Francisco Form 666 C

year, a value of only $ 5.00 per 100 arrobas shall be used,
although the cane was as good as the other cut one.

Lands and cultivations:   Summary of values.


Francisco Sugar Company.

Inversiones Agrícolas Santa Isabel S.A.

Manuel A. Lage S. en C.


| | | | | |
|---|---|---|---|---|
| Cane lands, harvested: | 950 | cabs at $5,750 | | $ 5,463,000.00 |
| Cane lands, unharvested: | 325 | " | 3,450 | 1,121,000.00 |
| Pasture lands: | 1,316.034 | " | 6,250 | 8,225,000.00 |
| Reforestation: | 13.500 | " | | 350,000.00 |
| Forests: | 306.650 | " | | 750,000.00 |
| Reserve lands: | 50.000 | " | 1,000 | 50,000.00 |
| Industry: | 64.421 | " | | 541,000.00 |
| Cane: | | | | 2,610,000.00 |
| Total for land and cultivations: | | | | $ 19,110,000.00 |

Port at Guayabal:

The Company had owned some facilities at this port for several years, and in 1956 we understand, obtained a concession from the Cuban Government to develop jointly with the Government a modern port for handling sugar and general cargo, and then operate the facilities that would be built there.

Not entering at all into the question of finance or ownership and limiting this report only to the appraisal of the physical facilities these were as follows:

One pier approximately 453 x 96 meters of concrete construction built on piles.

A wharf running parallel to the shore in two sections, one 183 x 90 meters, and the other 180 x 18 meters, with railroad lines, and built partially on piles.

Two old molasses tanks, and one new tank with a total capacity of 4,000,000 gallons.

One canal which was dredged as part of this project, and which lead to the above mentioned pier, 2 Km long, with a depth of 32'.

One alcohol tank, with a capacity of 3,000,000 gallons.

One oil tank, all steel also with a capacity for 67,000 barrels.

One concrete and steel warehouse for sugar in bulk, that would have been able to store 70,000 tons of sugar, equivalent to 500,000 bags.

Equipment, like gantry cranes and other for the shipping of
sugar in bulk, and partially constructed structures or in
process like railroad lines not yet in place, have been val-
ued considering the amount already spent on them, as this
Terminal for all practical purposes was completed.

Value of the above described construction, al-
ready erected, or in process, including equipment
paid for, all legal and financing expenses, engin-
eering fees, but not land which has been appraised
under the Land and cultivations heading, at actual
costs, without depreciation as it was so new that
was not finished,

$ 3,746,000.00

Francisco Form 666 C

Railroad system:

        Francisso and Elia Mills owned a system of 283.2 Kilometers of standard gauge railroad, plus 16 more Kilometers of also standard gauge switches.

        This system was very well maintained, by the Mill personnel assigned to this system.

        In addition there was the following equipment:

Elia Division:

        Four steam locomotives.

        One small steam locomotive.

        299 cane cars of 30 tons each

        4 flat cars

        4 caboose cars

        4 wooden flat cars.

        12 tank cars.

        2 track cars.

Francisco Division:

        9 Diesel locomotives.

        313 cane cars also 30 tons.

        81 flat cars

        2 box cars

        12 góndolas

        1 railroad crane

1 steam hammer

14 track cars.

20 tank cars.

Total depreciated value:     $ 9,600,000.00

Sevilla Distillery:

This plant, was built in 1943, as several others in Cuba, when, because of war conditions the scarcity of fuels was very acute, and it became very profitable to operate these plants.

It had a daily capacity of 16,000 gallons of absolute alcohol. In 1959 it enjoyed a quota of 2,000,000 in the 133 days it was producing, working 24 hours a day.

When it was built it only had two distillation columns, but a third one was added afterwards.

It had the following equipment:

Building
Agitators, alcohol tanks, for receiving and storage.
Pumps, valves, pipes.
Electrical installation.
Scales and weigh tanks.
Jet mixers.
Gin plant.
Laboratory, furniture and fixtures.
Yeast tanks.
Fermentation equipment.
Condensers.
Two alcohol tanks.
Distillation columns and equipment.

Benzol equipment.


Yeast Plant:

In 1955 a plant with a capacity of 2,000 short tons of yeast, was built. It had the following equipment:

One holding tank.

One level tank.

Three centrifugals.

One reslurry tank.

Two sludge trailers.

One secondary mixer.

Four yeast separators.

One mixing tank.

One drum dryer.

Bagging equipment, conveyors, hopper;

liquor, slurry and yeast pumps.

Instruments, agitators, compressors,

filters and other equipment.


Depreciated value of Distillery

and yeast plant:                    $ 900,000.00

Other properties:

Under this heading there are included some pieces of equipment not easily identifiable as belonging to the Francisco or Elia Divisions.

They are the following:

Furniture and fixtures.

Laboratory equipment.

Water and severage.

Telephone lines and equipment

Lighting, and power lines and equipment

in the field.

Tools, and medical and hospital supplies.

Drinking water treatment plant

Several concrete mixers, rock crushers,

concrete block machines.

Depreciated value          $ 400,000.00

Distillery and yeast plants: $ 900,000.00

Other properties:                400,000.00

Total for Distillery, yeast

plant and other properties: $ 1,300,000.00

Field buildings and agricultural machinery:

These properties, in the field or utilized there are owned either by Francisco Sugar Company or its subsidiaries as described below:

Owned by Inversiones Agrícolas Santa Isabel S.A.:
600 dwellings of different types in the field.
100 plows, 50 graders, seven tractors, 5 cultivators
5 power graders.
Irrigation equipment, pipes, canals, ditches,
tanks, reservoirs, pumps, motors, wells and cane hoists,
and cane scales.

Owned by Manuel A. Lage S. en C.:
140 dwellings, pipings, pumps, wells, fences, and
other irrigation and agricultural equipment.

Owned by Francisco Sugar Company; used by either
the Francisco or Elia Divisions:
Trucks, jeeps, tractors, bulldozers, caterpillars,
road building equipment.
50 buildings in the field.
20 buildings used by the railroads.

Depreciated value    $ 2,300,000.00

FRANCISCO SUGAR MILL

Summary of values                    Capacity: 575,000 arrobas
                                               per 24 hours.


Batey and factory buildings:          $ 2,700,000.00

Cane handling equipment:                  110,000.00

Cane milling equipment:                 1,300,000.00

Boiler and furnace plant:                 850,000.00

Clarification plant:                      400,000.00

Evaporation plant:                        650,000.00

Crystallizers and Centrifugals:           620,000.00

Factory pumps:                            120,000.00

Factory pipe lines and valves:            200,000.00

Electric Plant:                           500,000.00

Mechanical, Locomotive and other shops:   250,000.00

                                        7,700,000.00

Batey and factory buildings:

Scale and cane conveyor building, steel.

Mill building proper, steel and galvanized iron

Boiler house, steel and galvanized iron.

Electric plant, steel.

Clarification, evaporation and centrifugals.

Acid house.

Ice Plant.

Carpenter shop.

Water purification plant.

Mill supply storehouse.

Huacales factory.

Dryer building.

Shops and foundry.

Laboratory.

Steel water tanks.

Locomotive oil tank.

Two steel oil tanks for 750,000 gallons each.

Sugar warehouses:

There are five warehouses, one of them ad-
jacent to the Mill house, is of the same steel
construction. There is another also of steel, and
a thirs built of bricks, all of them with galvan-
ized iron roofing.

There are two of frame construction and galvaniz-
ed iron roofing.

Fransisco Form 466 C

Their measurements are as follows:

One is 94 x 32 meters.

One     58 x 14     "

One     15 x 20     "

One     92 x 20     "

One     75 x 22     "

Molasses tanks:

Two tanks 50' x 28' with a capacity of

400,000 gallons, each.

Two tanks 43' x 28' with a capacity of

300,000 gallons each.

Two tanks 93' x 25' 8" with a capacity

of 1,300,000 gallons.


Batey buildings and structures:


Manager's house, brick.

Assistant Manager's house.

Another comparable dwelling

Guest house.

Twelve dwellings for junior management,

some frame and tiles.

Hospital, brick and tile.

Doctor's dwelling.

Police headquarters

Stables building.

Office building

Mess Hall.

Garage.

Eleven barracks.

Two hundred and twenty five dwellings,

mostly frame, some brick.

Several school buildings.

Kingston Subdivision.

Buenavista subdivision.

Base ball field.

Post Office

Drug Store.

Cane car repair shop.

Cooling ponds.

Rain water deposit.

Filter house.

Motor repairs shop.

Machine shop and foundry

Lumber deposit.

Materials warehouse.

Ice plant.

Gin factory building.

Rock crusher.

Dry cleaning building.

Traffic building.

Telephone equipment repair shop.

Laboratory

Francisco Form 666 C

Pañol building.

Old Pañol building.

There were several other smaller ones.

Fences, piping, power lines, lighting lines
and fixtures, roads, sidewalks, landscaping
of grounds, sewerage and water supply, tele-
phone lines and equipment, railroad lines and
switches, airport with landing strip of one
mile in length.

                    Total value:                $ 2,700,000.00

Cane weighing and unloading equipment:

One Fairbanks scale for cars, which are
pulled by a Fulton winch 6" x 8".
One Link Belt car dump with lateral dis-
charge, 80 gpm pump and 5 hp motor.
The bagasse conveyor is 47'9" long by
9' wide, discharging on the inclined con-
veyor, all driven by electric motors.

One Fairbanks scale automatic with Link
Belt lateral discharge car dump. Bagasse
conveyor 40' x 9' which in turn dischar-
ges onto another 120' long.

Two Oliver hoists for cane carts.

                    Total value:   110,000.00

Cane grinding equipment:

One tandem with Fulton crusher 34"x72"
driven by Fulton engine 18"x42". Two
H. Stillman mills 35"x72" driven by
Corliss engine 30"x60". Two more Ful-
ton mills 35"x72" driven by two 450 hp
Murray turbines.

Francisco Form 666 c

One tandem with Fulton crusher 40"x84",
driven by 26"x48" Hamilton engine.
Five Fulton mills, the first one is
39"x84", the second and third 38"x84",
and the fourth and fifth 37"x84".
The first three mills are driven by
Corliss engine 42"x60", and the last
two by Corliss engine 34"x60".
Two traveling cranes and
One mill roll lathe.
Hydraulic pressure pumps, accumulators,
juice strainers, raw juice pumps, macer-
ation water scale and pumps, trash pumps,
chlorinators, juice canals, pump pits, pi-
nions and gearings.

                     Total value:       $ 1,300,000.00


Boiler equipment:

Four Babcock and Wilcox 56,000 pounds per
hour each at 160 pounds per square inch,
equipped for bagasse burning.
One Babcock and Wilcox 70,000 pounds of
steam per hour at 160 psi, with a Cohen
oil burner.
One concrete stack for the B. and W.
boilers,18'x225'.

Francisco Form 666 C

Feed pumps: One De laval pump 5¼"-400 gpm

One Black & Knowles 16"x10"x24".

One Allis Chalmers 750 gpm with Terry

turbine 125 hp.

One Ingersoll Rand 1,000 gpm also with Terry

turbine of 165 hp.

Two Allis Chalmers 250 gpm driven by 200

hp, 3,500 rpm. motor.

Heaters, fans, water system for feed, four

tanks with 930,000 gallons of total capaci-

ty for condensate. One treating plant for

water with a capacity of 90,000 pounds.

Bagasse carriers, fuel oil pumps, under-

ground flues, blowers.

There is a separate plant at Francisco,

containing two Combustion Engineering boilers

new, installed in 1958, one for 105,000 pounds

per hour at 160 psi., and the other for

100,000 pounds at 600 psi. and 750 degrees

F, the first to give steam to the board fac-

tory, the second just for a new 3,000 Kw.

turbogenerator to produce electricity for

the same board factory. These two boilers

not valued here.

                    Total value:    $ 850,000.00

Clarification equipment:

Two Richardson scales for juice.

One tank for juice 11' diameter and 7700
gallons.

Five heaters, with 1444 square feet of
heating surface, each.

One heater with 1,000 suare feet of heat-
ing surface.

Four Clarifiers Rolston, Petree & Dorr,
20 ft. and 6 compartments.

One Dorr clarifier 30' and five compart-
ments.

Three Oliver Campbell filters 8'x16'
with condenser 6'x24'.

Mud tanks, pumps, molasses tanks, Bristol
automatic alkalization, instruments, contr-
ols.

Total value:  $ 400,000.00

Evaporation equipment:

One cell with 7,200 square feet of heat-
ing surface.

One pre-evaporator J&G of 4,000 square
feet, 8' 4" diameter.

One quadruple Cail with 20,000 square feet
and its condenser.

One Treadwell 13'6" and 27,400 square feet
of heating surface and condenser.

Two calandria Vacuum pans 12' in diameter
and 1,500 cubic feet and 2,050 square feet
of heating surface.
Two calandria Vacuum pans Kelvin 12' in
diameter, 1170 cubic feet capacity and
2,324 sqyare feet of heating surface.
One Kilby 14' in diameter also calandria
type, and 1,805 cubic feet and 3,522 square
feet of heating surface.
One Treadwell 12' in diameter, calandria
type 1,162 ' of capacity and 2,308 square
feet of heating surface.

Five meladura tanks with a total capacity
of 26,300 gallons.
Five molasses tanks with a capacity of 22,500
gallons.
Six molasses tanks with 28,200 gallons.

Five vacuum pumps, three injection pumps,
and three return pumps from the cooling
pond, which has 576 sprays Yarway, type
Klein, 2".
Each evaporator has its own condenser, and
also each pan, as well as they are all con-
nected to a central condenser.

Francisco Form 666 C

Gauges, indicators, molasses tanks,
syrup settling tanks, air compressors, pan
charging tanks, condensation, syrup and
other pumps.

Total value: $ 650,000.00

Crystallizers, centrifugals, weighing
and stacking equipment:

Thirty two crystallizers, of 1,250 cubic feet
each, used for massecuite, molasses and seed.

Eight Hepworth centrifugals 40"x24" belt driven.
Four Hepworth 40"x24" electrically driven by G.E.
motors.
Two Cresson-Morris 40"x24" also electrically
driven by individual Westinghouse motors.
Sixteen Hepworth 40"x24", belt driven
Four Hepworth 40x"x24", belt driven.
Four Hepworth 40"x24", individually driven
by G.E. motors.
Six Hepworth 40"x24" high speed, electric-
ally driven.
Three automatic Richardson scales, conveyors,
sewing machines, sugar troughs, molasses tr-
oughs, receiving tanks, sugar washers, conv-
eyors, elevators, sugar bins, platform scales
belt conveyors, sugar coolers, fans, air ducts

Francisco Form 666 C

sugar elevators, hopper and ducts, nagma pumps,

scales, bag elevators, etc.

Total value:        $   620,000.00

Factory pumps:

Total value:                        120,000.00


Factory pipe lines, fresh water tanks,

valves, etc.:

Total value:                        200,000.00


Machine and carpenter shops, foundry,

locomotive shop, ice plant, car shop.

Total value:                        250,000.00


Electric plant:


Two G.E. turbo-generators 1,500 Kw. each

and 3,600 rpm. at 440 V.

Two C.C. generator groups for the

cranes and roll lathe.

Exciters, switchboards, load centers,

power lines in the factory, transformers,

breakers, protection equipment, motors etc.,

Total value:     500,000.00

## ELIA SUGAR MILL

Summary of values          Capacity: 530,000 arrobas
per 24 hours.

| | |
|---|---:|
| Batey and factory buildings: | $ 1,850,000.00 |
| Cane handling equipment: | 80,000.00 |
| Cane milling equipment: | 1,000,000.00 |
| Boiler and furnace plant: | 800,000.00 |
| Clarification plant: | 320,000.00 |
| Evaporation plant: | 500,000.00 |
| Crystallizers and Centrifugals: | 600,000.00 |
| Factory pumps: | 100,000.00 |
| Factory pipe lines and valves: | 200,000.00 |
| Electric Plant: | 550,000.00 |
| Mechanical, Locomotive and other shops: | 200,000.00 |
| | 6,200,000.00 |

Batey and factory buildings:

Scale and cane conveyor building, steel
and galvanized iron.
Mill building, proper, steel and galvanized
iron.
Boiler house, steel structure.
Bagasse shed, steel structure.
Small sugar warehouse, for 35,000 bags,
of steel and galvanized iron.
New sugar warehouse, built in 1958, for
sugar in bulk, of steel and concrete, some
cement blocks. Value included below but not
depreciated.
Electric plant and machine shop buildings.
Two water coolers.
One steel water tank for locomotives.
Molasses tanks:
One of 500,000 gallons steel structure.
one of 1,000,000 gallons also of steel.
Two of 380,000 gallons, steel.
One of 305,000 gallons also of steel.
One of 300,000 gallons steel.

Batey:
Manager's house.
165 different dwellings frame and shingles.

Church.

Hospital

Laboratory building.

Club house.

Office building.

Agricultural implements building.

School.

Mill supply building.

Mess hall .

Smaller office building.

Ice plant.

Post Office.

Firemen's headquarters.

Nine barrack buildings for employees.

Store.

Carpenter shop.

Two locomotive shops.

Butcher shop.

Two garage buildings.

Telephone office and exchange.

Foundry.

Traffic and telephone houses for the railroad.

Railroad station.

Fences, piping, sports field, power lines,
lighting lines and fixtures, roads, sidewalks,
landscaping of grounds, sewerage and water sup-
ply, telephone lines and equipment, railroad lines
and switches:

Total value:                        $ 1,850,000.00

Cane weighing and unloading equipment:

One cane car dump, Link Belt, lateral dis-
charge, 10' 4" x 40' driven by steam engine,
and with a Gould 2", 80 gpm pump.

One Oliva hydraulic dump for trucks.

One conveyor 10' x 65' driven by a 20 hp 600
rpm motor, which delivers cane to the main con-
veyor, which is 7' x 166' driven by Fulton
steam engine with twin cylinders 12"x12", and
has cane kickers.

Total value:     $ 80,000.00

Cane grinding equipment:

One Fulton tandem, with a 40"x87" pre crush-
er, and a crusher 38"x87", both driven by a
Corliss engine 30"x54". First mill 36½"x84",
second 37"x84", third 37½x84, fourth and
fifth 38"x84". The first three mills driven
by Corliss engine 38"x60", and the last two
by another Corliss 38"x60".
Hydraulic pressure pumps, accumulators,
juice strainers, raw juice pumps, maceration
water scale and pumps, trash pumps, chlorinat-
ors, juice canals, pump pits, pinions and gear-
ings.

Two traveling cranes.

One mill roll lathe.

Total value:    $ 1,000,000.00

Boiler equipment:


Two Babcock and Wilcox boilers of 580 cubic
feet each, with independent Ward furnaces.
One Babcock and Wilcox of 860 cubic feet,
and Ward furnace.
One concrete stack 108x175' connected to the
above three boilers.
Three Edge Moor boilers of 860 cubic feet
each of capacity and Ward furnaces. One con-
crete stack 14'x210' connected to the three
Edge Moor boilers.
Six Murphy boilers of 200 cubic feet and
one concrete stack 9'x150' with forced draft
equipment.
Two more boilers of 580 cubic feet each, and
one smaller with only 200 cubic feet capacity,
with oil Ray burners.
Water pumps, bagasse carriers, boiler feed
pumps with motors, fuel oil pumps, under-
ground flues, blowers etc.

Total value:    800,000.00

Francisco Form 666 c

Clarification equipment:

Two Richardson automatic scales.

Two Mac Farlane heaters 1500 square feet
of heating surface each, and one H.I.W.
of 970 square feet.

Two heaters Factory Sales and Engineering
of 970 square feet.

One Dorr clarifier 24' in diameter and
five compartments.

One Graver 30' and five compartments.

One Dorr 20' and with four compartments.

Four tanks for cachaza of 7,000 gallons
each.

Two Oliver filters 8'x16'.

Mud tanks, pumps, molasses tanks, Bristol
automatic alkalization, instruments, con-
trol equipment:

                              Total value:        320,000.00


Evaporating plant:

One Kilby pre evaporator with 4,000 square
feet of heating surface.

One Kilby quadruple effect with 26,000
square feet of heating surface.

One Bancroft quadruple effect of 13,000

square feet of heating surface.

Two Vacuum pans of 11' diameter, and 833 cubic feet each, and two condensers.

Two Vacuum pans of 13' diameter and 1,400 cubic feet each, also with two condensers.

One Vacuum pan of 13' and 1,350 cubic feet with its own condenser. All Vacuum pans are of the calandria type.

Three vacuum pumps, three injection pumps, and three rejection pumps.

Evaporators condensers, one cooling pond, gauges, indicators, molasses tanks, syrup settling tanks, air compressors, pan charging tanks, condensation pumps, syrup and soda pumps.

Total value:          $   500,000.00

Crystallizers, centrifugals, weighing and stacking equipment:

Four open of 1,600 cubic feet.

Six open of 1,600 cubic feet, Rolston .

Four also open of 1,000 cubic feet, and two closed of 1,000 cubic feet.

Ten W.S. Robert of 1,400 rpm 40"x30" driven by two 250 hp motors through belts.

Eight Hepworth 40"x24", and 1,200 rpm. by one 75 hp and 580 rpm motor through belts.

Twelve C-M Rolston high spees, 40"x24",
driven by indidual electric motors at
1,200 rpm.

Automatic scales for bagging sugar,
sewing machines, sugar troughs, molasses tr-
oughs, receiving tanks, sugar washers, convey-
ors, elevators, sugar bins, platform scales,
belt conveyors, sugar coolers, fan, air ducts,
sugar elevators, hopper and ducts, magma pumps,
scales, etc.

|  |  |
|---|---|
| Total value: | $ 600,000.00 |

Factory pumps:

|  |  |
|---|---|
| Total value: | 100,000.00 |

Factory pipe lines, fresh water tanks,
valves etc.:

|  |  |
|---|---|
| Total value: | 200,000.00 |

Machine and carpenter shops, foundry,
locomotive shop.

|  |  |
|---|---|
| Total value: | 200,000.00 |

Electric plant:

Two turbo generators G.E. 1,000 Kw,
3,600 rpm, 60 cycles and 480 Volts.
One Allis Chalmers 1,000 Kw, with the same
other characteristics as the two G.E.'s.

Francisco Form 666 C

One Allis Chalmers 800 Kw, also with the
same electrical specifications as the other
three.

One Alternator Westinghouse 70 Kw. driven by
Diesel engine. of 390 hp. for the dead season.
Exciters, switchboards, load centers, power
lines in the factory, transformers, breakers,
protection equipment, motors, etc.

Total value:        $  550,000.00

The construction cost curve that follows, was prepared in our office in Cuba around 1940 at the request of several Insurance Companies.

The curve starts in 1913 and the data for the years between 1913 and 1940, was obtained from records in our office derived from the actual constructions done by our firm in those years. Once prepared it was kept current by posting every year the necessary information and continuing the graph.

The curve reflects costs in the construction industry, both of materials and labor, and therefore is not a statistic of costs of items like machinery, which was mainly imported, although it could be used as a very good guide in evaluating installation costs by Cuban labor. It really shows an overall cost of construction.

On the vertical axis the numbers express what usually are shown as percentages. If construction costs in 1913 were 100% then the scale could be re-written as 133%, 166%, 200%, etc. up to 600%, the highest figure on that scale. Instead we used numerals which express the same concept, 1, 1.33, 1.66, 2, and so forth.

As may be seen from the above explanation, the curve does not show absolute figures, but the relative increase taking the costs in 1913 as a base.

*Valor Pr...
de las construc...
desde el Añ...*

omedia Proporcional

ciones en la República de Cuba

1913 hasta el Año 1959

S. H. Parajón
Arquitecto

Luis Parajón
Ingeniero

1947 1948 1949 1950 1951 1952 1953 1954 1955 1956 1957 1958 1959 1960

CABLE ADDRESS DESPARD
TELEX 421849
Francisco Form 666 C

## DESPARD & CO., INC.
161 WILLIAM STREET
NEW YORK, N.Y. 10038
TELEPHONE 964-9100

INSURANCE BROKERS
CONSULTANTS

ADJUSTERS OF AVERAGE
WORLDWIDE SERVICE

January 6th, 1967

Mr. Luis Parajon,
    55 Mallard Drive,
        Greenwich, Conn.

TO WHOM IT MAY CONCERN:

               I have known the firm of Aguiar y Hno.
and its successor, Parajon e Hijo, for approximately thirty years.
On numerous occasions, I have had to call upon the principals,
Mr. S. M. Parajon and Mr. L. Parajon, for appraisals and loss
surveys pertaining to properties in Cuba as well as Puerto Rico.
The properties involved were primarily sugar mills and contents
and properties of leading tobacco interests in Cuba. Mr. Luis Parajon
has always done an outstanding and thorough job in a workmanlike
manner, as regards to all of the appraisals and surveys requested.
Approximately twelve years ago, Mr. Luis Parajon undertook an
appraisal of several hundred buildings for one of the leading tobacco
companies in Cuba, with the result that the principals were very well
satisfied and complimentary as to the outcome of the work which had
been done.

               We have observed, on numerous occasions,
that the principals of the firm of Parajon e Hijo were the outstanding
appraisers of properties of sugar interests in Cuba, and at no time did
the writer ever question their integrity or ability. Many of our
outstanding clients were very well satisfied with their services, and at
no time were we advised of any criticism of their work. The principals
of this firm, Messrs. S. M. Parajon and Mr. Luis Parajon, are
outstanding, honorable citizens and very capable and honest in their
profession. The writer has been very happy with having had the benefit
of their ability and knowledge in the past and does not hesitate to
recommend them very highly in undertaking appraisals of properties.

DESPARD & CO., INC.

*[signature]*

Chairman

GAH/HW

PRICE WATERHOUSE & CO.

60 BROAD STREET

NEW YORK 10004

January 5, 1966

Mr. Luis Parajon
55 Mallard Drive
Greenwich, Connecticut

Dear Mr. Parajon:

I understand that you have been engaged by one or more companies to make appraisals of sugar cane properties and mill facilities in connection with claims against the Government of Cuba to be filed with the Foreign Claims Settlement Commission of the United States, Washington, D.C. You have asked whether I am in a position to comment on your professional qualifications to make such appraisals.

At the outset, I wish to explain that since July 1, 1943 I have been a partner of Stagg, Mather & Hough and since the early 1950s I have been associated with Price Waterhouse & Co. as a manager in its New York office and a partner in its West Indian firm. The independent accounting practice of Stagg, Mather & Hough was combined with that of Price Waterhouse & Co. in the West Indies in 1952 and elsewhere in 1954.

During the years the aforementioned firms practiced in Cuba, my partners and I were well acquainted with the firm of Parajon & Hijo, of which I understand you became a partner in about 1950. Although I do not personally know you, I can attest that the firm of Parajon & Hijo had gained an excellent professional reputation as appraisers and particulary as appraisers of cane sugar properties and mill facilities. On many occasions we recommended that firm to our clients and others both in Cuba and the Dominican Republic and, to the best of my knowledge, the several companies that made use of its services were entirely satisfied. Several years ago, the Chairman of the Board of one of the largest American-owned raw sugar companies operating in Cuba stated to me that, in his opinion, the firm of Parajon & Hijo, because of its extensive practice in Cuba and elsewhere and because of its intimate knowledge of conditions in Cuba, was better qualified to perform an appraisal of Cuban sugar properties than any of the major continental appraisal companies.

Mr. Luis Parajon       - 2 -       January 5, 1966

       Anyone desiring to confirm the foregoing should feel free to communicate with me or with Mr. T. L. Wilkinson or Mr. G. F. Gardner at Price Waterhouse & Co., 60 Broad Street, New York, N. Y. 10004 (telephone: 212 - 943-5900).

       Sincerely yours,

E. Reginald Harding
Certified Public Accountant

Francisco Form 666 C

JULIO FORCADE
440 E. 82ND ST   (APT. 4V)
NEW YORK, N. Y. 10028

I, Julio Forcade, a Cuban citizen, of legal age, married, a lawyer, residing at 440 East 82 Street, New York City, do hereby depose and affirm:

That in Cuba I was President of La Cubana, Cia. Nacional de Seguros S.A. of Aguiar 411, Havana, one of the oldest and largest insurance companies in Cuba;

That La Cubana, Cia. Nacional de Seguros S.A. used, as official appraisers, Messrs. S. M. Parajon and Luis Parajon, members of the firm of Parajon e Hijo, one of the best, if not the best, appraisers in the country;

That besides being the appraisers for the above-mentioned company, they inspected all construction done by La Cubana;

That at all times their work was most satisfactory, and that they enjoyed an exceptionally fine reputation, not only because of their professional knowledge, but also because of their integrity;

That since 1960 I have been employed by Messrs. Carl Marks & Co., Inc., Foreign Securities Specialists of 20 Broad Street, New York City, and that I have kept in touch with Mr. Luis Parajon, and have always heard people refer to him very highly.

Julio Forcade

January 9, 1967

Francisco Form 666 C

201 East 79th Street,
New York, New York.
January 21st, 1967.

Mr. Luis Parajon,
55 Mallard Drive,
Greenich, Conn.

TO WHOM IT MAY CONCERN:

This is to certify that I was a partner of the firm Carrillo
y La Guardia, and later vice-president of Carrillo y La Guardia,
S.A., General Agents in Cuba for the Great American Insurance
Company, the Phoenix Insurance Company of Hartford, and the St.
Paul Fire and Marine Insurance Company from the time of their
admittance -1913, 1925, and 1949, respectively - until October
1960, when their interests were confiscated.

I joined the firm in 1927, and I can certify that at that
time our principals used the services of Mr. S. M. Parajon, of
the firm of Aguiar y Hermano, as their main loss adjuster.

Later on Mr. S. M. Parajon was joined by his son, Luis, and
the firm became Parajon e Hijo (in English "Parajon & Son").
The Companies represented by us continued to use their services.

The fact that these companies utilized their services over
this period of over forty years should be sufficient proof of
the ability and integrity of Mr. S. M. Parajon and his son,
Luis.

As Cuba's principal industry was the sugar industry it stands
to reason that Parajon & Son should have been proficient in the
appraisals of sugar properties.

I was very happy to have had the benefit of the above mentioned
ability and integrity when settling losses for the account of the
underwriters represented by us, and do not hesitate to recommend
S. M. Parajon and Luis Parajon, jointly or individually, in un-
dertaking appraisals of property values.

Andres G. Carrillo

Francisco Form 666 C

*Lorenzo Toral*

104-40 Queens Blvd.
Apat. 4 X
Forest Hills, N.Y.

The Federal Ins. Co.
90 John St.
New York, N.Y.

January 9, 1967

Mr. Luis Parajón
55 Mallard Dr.
Greenwich, Conn.

Dear Luis:

I am pleased to confirm our conversation of to day regarding the length of time I have known your firm in Cuba.

As you know I was President of Dussaq y Toral S.A. for twenty years, since 1941. Dussaq y Toral S.A. was General Agent and Manager for The Federal Insurance Company of Cuba, Prudential Assurance Co. Ltd. of London, England, and Union Assurance Society of London, American Institute of Marine Underwriters, and U.S. Salvage Association, in addition to several steamship companies among them The Havana-Florida Car Ferry Operating Co. and the Holland America Line.

Personally, I was also a VicePresident of The Federal Insurance Company of Cuba.

I have known the firm of Aguiar y Hno. since 1919, and later when the name was changed to Parajón e Hijo in 1951, using always your services in the appraisal of losses in which our Companies were involved, among them several sugar mills. I know that since the time I knew your firm you were one of the leading firms for appraisals and valuations in Cuba and that your services were utilized by Insurance Companies, both Cuban, American and British, as well as Banks and other institutions.

I knew you and your father, the principals of the firm not only in a business way, but also socially for many years, having also known your grandfather, and found you all persons of the highest character and moral standards.

Your ethics as well as the high degree of professional ability were the reasons why my firm as well as the Insurance Companies we represented used the services of your firm without interruption for forty-one years.

Yours sincerely,

-5-

Francisco Form 666 C



ROLLINS BURDICK HUNTER CO.

NEW YORK

LAWRENCE E. GILBERT
VICE PRESIDENT

INTERNATIONAL DIVISION
ROOM 5400-30 ROCKEFELLER PLAZA
AREA CODE 212-CIRCLE 7-3000

January 11, 1967

Mr. Luis Parajón
55 Mallard Drive
Greenwich, Connecticut

Dear Luis:

As you know, I was resident in Cuba from the beginning of
1940 until mid 1960. As a Director of American International
Corporation, and later as Vice President and General Manager of
Marsh & McLennan of Cuba, I was almost continually in business
contact with the firm of Parajón e Hijo of which you and your
father S. M. Parajón, were the principals. You will recall that
these contacts were of a professional nature due to the fact
that our business activities comprised insurance brokerage on
behalf of most of the major U. S. companies in the Sugar and other
industrial operations. We utilized your services, including
appraisals and loss adjusting not only in Cuba but throughout the
Caribbean area, including Central America, because of your
demonstrated professional competence combined with integrity and
character, for which you were recognized as outstanding.

Although due to present circumstances it is rather pain-
ful to recall, during the last 8-10 years of my residence in Cuba
my principal contact with your firm was through you and in all
respects you demonstrated the afore-mentioned qualities, both
personally and professionally. Almost constantly during the period
indicated, we dealt with all aspects of the sugar industry, due to
our representation of the interests of the American Sugar Refining
Co., The Cuban American Sugar Co. (now North American Sugar
Industries) as well as other producers, totalling approximately
12% of the entire sugar producing facilities in Cuba.

As a Director of the American Chamber of Cuba and
active in the business community, I had ample confirmation of
your reputation, from many sources other than my own.

With best wishes, I am,

Sincerely,

LEG:caf

UNITED STATES:   CHICAGO   NEW YORK   DETROIT   ST.LOUIS   SAN FRANCISCO   SEATTLE   HOUSTON   LOS ANGELES   TULSA
SOUTH AMERICA:   BOGOTÁ   SAO PAULO   RIO DE JANEIRO   BUENOS AIRES   CARACAS   VALENCIA   BOGOTÁ   CALI
CANADA:   ROLLINS REED, LTD.   MONTREAL   REGINA   CALGARY   EDMONTON   VANCOUVER   ENGLAND:   LONDON   ASIA:   TOKYO   BANGKOK

Francisco Form 666 C

# Royal-Globe Insurance
### COMPANIES

ROYAL INSURANCE COMPANY • LIVERPOOL & LONDON & GLOBE      LONDON  AND  LANCASHIRE  INSURANCE  COMPANY      NEWARK INSURANCE COMPANY  •  AMERICAN AND FOREIGN
INSURANCE COMPANY • ROYAL INDEMNITY COMPANY • GLOBE       SAFEGUARD INSURANCE COMPANY • STANDARD MARINE        INSURANCE COMPANY • BRITISH & FOREIGN MARINE INSURANCE
INDEMNITY COMPANY • QUEEN INSURANCE COMPANY OF AMERICA     INSURANCE COMPANY • THE MARINE INSURANCE COMPANY     COMPANY • THAMES & MERSEY MARINE INSURANCE COMPANY



150 WILLIAM STREET     NEW YORK, N. Y. 10038

January 17, 1967

Mr. Luis Parajon
55 Mallard Drive
Greenwich, Connecticut

Dear Luis:

You have asked me to set down my knowledge of your pro-
fessional activities as a civil engineer and property insurance
adjuster in Havana, until you were forced to leave Cuba with
your family five years ago.

Our business in Cuba was transacted through general
agencies in Havana, the largest of whom was G. F. Kohly S.A.
who had represented us there for over 100 years. It was their
business in The Liverpool and London and Globe Insurance Company
Ltd. and Queen Insurance Company of America that I helped to
underwrite and service for over 20 years. I feel, therefore,
I can speak with some authority of the insurance industry in
Cuba.

Our property losses were adjusted exclusively by your
father's firm, Parajon e Hijo, not only in Cuba but also in
the Dominican Republic and Haiti. We have no hesitation in
saying that Parajon e Hijo were the outstanding adjusters in
the area, with an unrivalled knowledge of the sugar industry
in all its property aspects. Our risks were extensive--many
of the largest sugar producers were our insureds--and we had
on occasion to settle some very substantial claims. These
were adjusted by you and your father with great technical skill
and always to the highest ethical standards. I can also vouch
for the high regard in which Parajon e Hijo were held by all
other insurance companies who used your services.

I am happy to send this commendation to you. You are
at liberty to use it as you deem necessary, and I will indeed
be pleased to expand on the above or answer additional questions
from any person whom you may refer to me.

Sincerely,

R. H. Gerrard
Secretary

RHG:sl

Francisco Form 666 C



*FIFTY NINE MAIDEN LANE · NEW YORK 8, N. Y.*

*ROBERT G. BODET*
*VICE PRESIDENT AND SECRETARY*

January 12, 1967

PERSONAL

Dear Luis:

Following our recent conversation I am pleased to
address this letter to you to be used for reference
purposes.

My position as Vice President of my Company's activity
outside the United States included supervision of our
branch office operation in Cuba up to 1960, when our
business was nationalized. That association began in
1939 when I was first employed by The Home. At that
time I became acquainted with the firm of Aguiar y Hno.,
which was later succeeded by Parajon e Hijo who not only
maintained, but if possible enhanced a well-deserved
superior reputation as property damage adjusters and ap-
praisers.

The Home's adjusting needs were principally directed to
that office by our branch and handled personally either
by your father, Mario Parajon, or yourself. Our experience
to my understanding was characterized by the excellent
handling of our assignments and demonstrated insight into
the specialized varying aspects of the sugar industry, so
prominent in Cuba's economic life.

It is a pleasure unreservedly to offer these comments to
attest your ability and integrity.

Cordially and sincerely yours

Robert G. Bodet

Mr. Luis Parajon
55 Mallard Drive
Greenwich, Conn.