See Raw Record | Open in new tab | Print

## Shipment Profile for Bill of Lading

# 20511866210

ARRIVED ON JULY 27, 2016 | DATA SOURCE: PERU IMPORTS

**Shipper**
Company not Provided

**Contents**
9,979,584 kg • $4,154,002
AZUCAR CRUDA DE CUBA DE COSECHA ACTUAL, CON UN MINIMO DE 98.5 GRADOS DE POLARIZACION AL MOMENTO DE

**Consignee**
Corporacion Azucarera Del Peru Sociedad

## Shipment Details

| | |
|---|---|
| Bill of Lading Number | 20511866210 |
| Shipment Date | 2016-07-27 |
| Shipment Year | 16 |
| Arrival Date | 2016-08-16 |
| Shipment Origin | Cuba |
| Port of Lading | Guayabal (CU) |
| Country of Sale | United Kingdom |
| Transport Method | Maritime |
| HS Code | 1701.14.0000 |
| Goods Shipped | AZUCAR CRUDA DE CUBA DE COSECHA ACTUAL, CON UN MINIMO DE 98.5 GRADOS DE POLARIZACION AL MOMENTO DE EMBARQUE, PARA USO INDUSTRIAL, A GRANEL, |
| Is Containerized | |
| Volume (TEU) | |
| Item Quantity | 9979.58 |
| Item Unit | KG3 |
| Gross Weight (kg) | 9979584 |
| Net Weight (kg) | 9979584 |
| Freight Value | 217500 |

| | |
|---|---|
| Series FOB Value | 4154001.84 |
| Condition | 10 |
| Import Quantity | 9979584 |
| Import Unit | KG |
| Packages Class | GRN |
| Packages Quantity | 9979584 |
| Series Quantity | 2 |
| Average Value | |
| Cancellation Bank Code | 7 |
| Cancellation Date | 2016-08-05 |
| Cancellation Type | 2 |
| Customs Agent Code | 7558 |
| Customs Manifest Code | 82 |
| Customs Manifest Date | 115 |
| Customs Manifest Year | 2016 |
| Customs Code | 82 |
| Document Date | 2016-08-03 |
| Document Type Code | 4 |
| DUI Number | 183 |
| DUI Reception Date | 2016-08-03 |
| Financial Entity Code | |
| IGV Value | 702400 |
| Insurance Value | 10000 |
| IPM Value | 87800 |
| Modification Date | 2016-08-29 |
| Teledispatch Indicator | T |
| Treatment Type | 1 |
| Warehouse Code | 9998 |

## Company Details

| Consignee | [Corporacion Azucarera Del Peru Sociedad](#)<br><br>26 Shipments since September 2015 |
|---|---|
| Consignee (Original Format) | CORPORACION AZUCARERA DEL PERU SOCIEDAD |
| Consignee Global HQ | |
| Consignee Domestic HQ | |
| Consignee Ultimate Parent | |
| Carrier SCAC | |